Amanda R. Burch, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Dallas, TX, Helen Miller Liggett, Assistant Federal Public Defender, Lubbock, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Leonal Roman–Cardenas presents arguments that he concedes are foreclosed by *United States v. Gomez–Herrera*, 523 F.3d 554, 563 (5th Cir.), *cert. denied,* —— U.S. ——, 129 S.Ct. 624, 172 L.Ed.2d 617 (2008), which rejected the argument that the Guidelines produce unwarranted sentencing disparities between defendants who can participate in a fast-track program and defendants who cannot. The Government's motion for summary affir-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

mance is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America,
Plaintiff–Appellee

v.

Jorge Erasmo SANCHEZ–GUEVARA,
Defendant–Appellant.

No. 09–10664
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2010.

Amanda R. Burch, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Dallas, TX, David E. Sloan, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jorge Erasmo Sanchez–Gue-

vara has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sanchez–Guevara has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.